AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of West Virginia

United States of America
v.
JOSHUA ROBERT EVANS

12012008
2687-0901-0700-J

*Defendant*

Case No. 3:26-CR-44

RECEIVED
By Paula Taylor at 1:35 pm, Sep 01, 2026

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSHUA ROBERT EVANS, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Unlawful Possession of a Firearm.

Date: 09/01/2026

*Issuing officer's signature*

City and state: Clarksburg, WV

Michael J. Aloi, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 09/01/2026, and the person was arrested on *(date)* ______ at *(city and state)* ______.

Date: ______

*Arresting officer's signature*

For: DUSM LALIBERTE
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: JOSHUA ROBERT EVANS

Known aliases: __________

Last known residence: 14501 Pebblewood Dr North Potomac, MD

Prior addresses to which defendant/offender may still have ties: __________

Last known employment: __________

Last known telephone numbers: __________

Place of birth: __________

Date of birth: 06/11/1993

Social Security number: 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

Height: __________ Weight: __________

Sex: Male Race: __________

Hair: __________ Eyes: __________

Scars, tattoos, other distinguishing marks: __________

History of violence, weapons, drug use: __________

Known family, friends, and other associates *(name, relation, address, phone number)*: __________

FBI number: __________

Complete description of auto: __________

Investigative agency and address: __________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: __________

Date of last contact with pretrial services or probation officer *(if applicable)*: __________